290-81021/1069527

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------x
JAMES V. FOLLINI, JR.

                         Plaintiff,

      -against-

THE CITY OF NEWBURGH, NEW YORK, CITY OF NEWBURGH POLICE OFFICER JOSEPH PALERMO SHIELD NUMBER 17, CITY OF NEWBURGH POLICE OFFICER PHILLIP MUGNANO, SHIELD NUMBER 171, CITY OF NEWBURGH POLICE OFFICER THOMAS REYNOLDS, SHIELD NUMBER 15, CITY OF NEWBURGH POLICE OFFICER WILLIAM HINSPETER, TORCHES ON THE HUDSON, LLC.

                         Defendants.
----------------------------------------------------------------x

RULE 7.1 STATEMENT

08-civ- 6347 (KMK)

Filed by ECF on
August 25, 2008

      Pursuant to Fed. R. Civ. P. 7.1, defendant TORCHES ON THE HUDSON, LLC. identifies the following publicly-held parent corporations and publicly-held corporations that own ten percent or more of TORCHES ON THE HUDSON, LLC.

      NONE.

Dated:    New York, New York
            August 25, 2008

                                    LESTER SCHWAB KATZ & DWYER, LLP

                                    s/_____
                                    Thomas A. Catalano (tc-1625)
                                    Attorneys for Defendant
                                    TORCHES ON THE HUDSON, LLC
                                    120 Broadway
                                    New York, New York 10271
                                    (212) 964-6611