290-81021/1069553
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x
JAMES V. FOLLINI, JR.

                              Plaintiff,

       -against-

THE CITY OF NEWBURGH, NEW YORK, CITY OF NEWBURGH POLICE OFFICER JOSEPH PALERMO SHIELD NUMBER 17, CITY OF NEWBURGH POLICE OFFICER PHILLIP MUGNANO, SHIELD NUMBER 171, CITY OF NEWBURGH POLICE OFFICER THOMAS REYNOLDS, SHIELD NUMBER 15, CITY OF NEWBURGH POLICE OFFICER WILLIAM HINSPETER, TORCHES ON THE HUDSON, LLC.

                              Defendants.
-------------------------------------------------------------------x

NOTICE OF APPEAREANCE

08-civ- 6347 (KMK)

Filed by ECF on August 25, 2008

    PLEASE TAKE NOTICE that Thomas A. Catalano of Lester Schwab Katz & Dwyer, LLP, has appeared for defendant TORCHES ON THE HUDSON, LLC.

Dated:    New York, New York
             August 25, 2008

                                        LESTER SCHWAB KATZ & DWYER, LLP

                                        s/_____
                                        Thomas A. Catalano (tc-1625)
                                        Attorneys for Defendant
                                        TORCHES ON THE HUDSON, LLC
                                        120 Broadway
                                        New York, New York 10271
                                        (212)  964-6611